**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK STOWERS,<br><br>           Plaintiff(s),<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br><br>           Defendant(s). | Case No. 2:15-cv-01810-JAD-NJK<br><br>ORDER |

This case was transferred to this Court on September 21, 2015. *See* Docket No. 31. The Court hereby **VACATES** the previously-entered scheduling order. Docket No. 17. Counsel shall consult with the local rules of this District and shall file, no later than October 6, 2015, a proposed discovery plan.

IT IS SO ORDERED.

DATED: September 22, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge