1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2  rclayton@lawhjc.com

3  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702)316-4114

6  Attorneys for Defendant,
   State Farm Mutual Automobile Insurance Company
7

8                  UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10 MARK STOWERS,
11                                        CASE NO.: 2:15-cv-01810-JAD-NJK
                Plaintiff,
12
        vs.
13                                        **STIPULATION AND ORDER FOR**
   STATE FARM MUTUAL AUTOMOBILE            **DISMISSAL WITH PREJUDICE**
14 INSURANCE COMPANY,

15              Defendant.

16

17     IT IS HEREBY STIPULATED by and between the Plaintiff, Mark Stowers, and Defendant, State

18 Farm Mutual Automobile Insurance Company, parties hereto, by and through their respective counsel,

19 Barber & Associates LLC and Julie Mersch, Esq., for Plaintiff, and Hall Jaffe & Clayton, LLP, for

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  Defendant, that this matter be dismissed with prejudice, each party to bear its own costs and attorney fees.

2  DATED this 27th day of May, 2016.                    DATED this 26th day of May, 2016.

3  HALL JAFFE & CLAYTON, LLP

5  By _____                   By _____
6  Riley A. Clayton, Esq.                                Julie A. Mersch, Esq.
   Nevada Bar No. 005260                                 Nevada Bar No. 004695
7  7425 Peak Drive                                       701 S. Seventh St.
   Las Vegas, NV 89128                                   Las Vegas, Nevada 89101
8  *Attorney for Defendant*                              *Attorney for Plaintiff*
                                                         **AND**
9                                                        Jeffrey J. Barber, Esq. (Admitted Pro Hac)
                                                         Alaska Bar No. 0111058
10                                                       BARBER & ASSOCIATES, LLC
                                                         821 N. Street, Suite 103
11                                                       Anchorage, Alaska 99501
                                                         *Attorney for Plaintiff*

### O R D E R

IT IS SO ORDERED.

Dated _____

_____
UNITED STATES DISTRICT COURT JUDGE