1     RILEY A. CLAYTON
      Nevada Bar No. 005260
2     rclayton@lawhjc.com

3          **HALL JAFFE & CLAYTON, LLP**
             7425 PEAK DRIVE
4         LAS VEGAS, NEVADA 89128
           (702) 316-4111
5         FAX (702)316-4114

6     Attorneys for Defendant,
      State Farm Mutual Automobile Insurance Company
7

8                **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10    MARK STOWERS,

11                Plaintiff,

12          vs.

13    STATE FARM MUTUAL AUTOMOBILE
       INSURANCE COMPANY,
14

15               Defendant.

CASE NO.: 2:15-cv-01810-JAD-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

ECF No. 48

16

17        IT IS HEREBY STIPULATED by and between the Plaintiff, Mark Stowers, and Defendant, State

18    Farm Mutual Automobile Insurance Company, parties hereto, by and through their respective counsel,

19    Barber & Associates LLC and Julie Mersch, Esq., for Plaintiff, and Hall Jaffe & Clayton, LLP, for

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

Defendant, that this matter be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 27th day of May, 2016.

DATED this 26th day of May, 2016.

HALL JAFFE & CLAYTON, LLP

By _____ 11204
Riley A. Clayton, Esq.
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, NV 89128
*Attorney for Defendant*

By _____
Julie A. Mersch, Esq.
Nevada Bar No. 004695
701 S. Seventh St.
Las Vegas, Nevada 89101
*Attorney for Plaintiff*
**AND**
Jeffrey J. Barber, Esq. (Admitted Pro Hac)
Alaska Bar No. 0111058
BARBER & ASSOCIATES, LLC
821 N. Street, Suite 103
Anchorage, Alaska 99501
*Attorney for Plaintiff*

**O R D E R**

Based on the parties' stipulation [ECF No. 48] and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

May 27, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

2